1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for United States

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) | 1:12-CV-00396-LJO-SKO
                                      )
12 |         Plaintiff,                ) | **APPLICATION AND ORDER FOR**
                                      ) | **PUBLICATION**
13 |    v.                             )
                                      )
14 |                                   )
   | APPROXIMATELY $10,703.71 IN       )
15 | U.S. CURRENCY SEIZED FROM         )
   | BANK OF THE SIERRA ACCOUNT        )
16 | NUMBER 1420468170, and            )
                                      )
17 | APPROXIMATELY $118.91 IN U.S.     )
   | CURRENCY SEIZED FROM              )
18 | UNION BANK ACCOUNT                )
   | NUMBER 1540018207,                )
19 |                                   )
   |         Defendants.               )
20 | _____   )

21     The United States of America, Plaintiff herein, applies for an order of

22 publication as follows:

23     1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

24 and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

25 Plaintiff shall cause public notice of the action to be given in a newspaper of general

26 circulation or on the official internet government forfeiture site;

27     2.   Local Rule 171, Eastern District of California, provides that the Court

28 shall designate by order the appropriate newspaper or other vehicle for publication;

3.     The defendant approximately $10,703.71 in U.S. currency was seized on October 4, 2011, from the Bank of Sierra branch located in Fresno, California at 5775 East Kings Canyon Road; the defendant approximately $118.91 in U.S. currency was seized on October 4, 2011, from the Union Bank branch located in Fresno, California at 5669 E. Kings Canyon Road (hereafter collectively " defendant funds").  The defendant funds are in the custody of the U.S. Department of Treasury, Internal Revenue Service, Eastern District of California.

4.     Plaintiff proposes that publication be made as follows:

    a.   One publication;

    b.   Thirty (30) consecutive days;

    c.   On the official internet government forfeiture site www.forfeiture.gov;

    d.   The publication is to include the following:

        (1)   The Court and case number of the action;

        (2)   The date of the seizure/posting;

        (3)   The identity and/or description of the property seized/posted;

        (4)   The name and address of the attorney for the Plaintiff;

        (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6)   A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may

///

///

///

1  be entered and condemnation ordered.

2

3  Dated: March 29 ,2012                    BENJAMIN B. WAGNER
                                            United States Attorney
4
                                            /s/ Heather Mardel Jones
5                                           HEATHER MARDEL JONES
                                            Assistant United States Attorney
6

7

8                              **ORDER**

9  IT IS SO ORDERED.

10 **Dated:   March 29, 2012**                 /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE